**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00220-CR**
_____

**RAYMOND LEE MALONEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 359th District Court**
**Montgomery County, Texas**
**Trial Cause No. 22-02-01539-CR**

_____

**MEMORANDUM OPINION**

Raymond Lee Maloney, Appellant, filed a motion to dismiss this appeal. *See* Tex. R. App. P. 42.2(a). The motion is signed personally by the Appellant. Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on February 25, 2025
Opinion Delivered February 26, 2025
Do Not Publish

Before Golemon, C.J., Wright and Chambers, JJ.